452672
DALEY, DeBOFSKY & BRYANT

MARK D. DeBOFSKY       8311
55 W. Monroe, Suite 2440
Chicago, Illinois 60603
Telephone: (312) 372-5200
Facsimile: (312) 372-2778
mdebofsky@ddbchicago.com

KLEVANSKY PIPER VAN ETTEN LLP
A Limited Liability Law Partnership

ALAN VAN ETTEN       1279
Bishop Square, Pauahi Tower
1003 Bishop Street, Suite 770
Honolulu, Hawaii 96813
Telephone: (808) 536-0200
Facsimile: (808) 536-0221
Email: ave@kpvlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NELY CACHUELA, | ) | CIVIL NO. 09-00071 JMS/KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL OF |
| | ) | ALL CLAIMS WITH PREJUDICE |
| vs. | ) | |
| | ) | |
| PACIFIC GUARDIAN LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| LIMITED, | ) | |
| | ) | |
| Defendants. | ) | No Trial Date Set |
| | ) | |

**STIPULATION FOR DISMISSAL
OF ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that any and all of Plaintiff NELY CACHUELA's ("Plaintiff") claims brought against Defendant PACIFIC GUARDIAN LIFE INSURANCE COMPANY, LIMITED, in Plaintiff's Complaint, filed herein on February 18, 2009, be and hereby are DISMISSED WITH PREJUDICE.

This stipulation for dismissal is based on Rule 41(a) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  Each party is to bear its own attorneys' fees and costs.  There are no remaining parties and/or issues and the dismissal herein is a complete resolution of this matter.

DATED:  Honolulu, Hawaii, July 15, 2009.

/s/ Alan Van Etten
ALAN VAN ETTEN
MARK D. DeBOFSKY
Attorneys for Plaintiff
  NELY CACHUELA

/s/ Kenneth M. Nakasone
WENDELL H. FUJI
KENNETH M. NAKASONE
Attorneys for Defendant
  PACIFIC GUARDIAN LIFE
  INSURANCE COMPANY, LIMITED

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, July 24, 2009.



   /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Cachuela vs. Pacific Guardian Life Insurance Company, Limited*; Civil No. 09-00071 JMS/KSC; STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE